IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 11-00503-02 JMS |
| | ) | |
| Plaintiff, | ) | ORDER (1) STRIKING "HABEAS |
| | ) | CORPUS AD FACIENDUM ET |
| vs. | ) | RECIPIENDUM AND HABEAS |
| | ) | CORPUS AD SUBJICIENDUM" FILED |
| JOHN D. OLIVER (2), | ) | BY ARAN ALTON ARDAIS; AND |
| | ) | (2) DIRECTING THE CLERK'S |
| Defendant. | ) | OFFICE TO REJECT OR RETURN |
| | ) | WITHOUT FILING ANY FUTURE |
| | ) | PAPERS SUBMITTED BY ARAN |
| _____ | ) | ALTON ARDAIZ |

**ORDER (1) STRIKING "HABEAS CORPUS AD FACIENDUM ET RECIPIENDUM AND HABEAS CORPUS AD SUBJICIENDUM" FILED BY ARAN ALTON ARDAIS; AND (2) DIRECTING THE CLERK'S OFFICE TO REJECT OR RETURN WITHOUT FILING ANY FUTURE PAPERS SUBMITTED BY ARAN ALTON ARDAIZ**

In this criminal action, Defendants are charged with various violations of 18 U.S.C. §§ 371, 1341, 1957, and 287 (conspiracy, mail fraud, money laundering, and false claims). On April 12, 2012, Defendant John D. Oliver ("Oliver") filed a document titled "Dismissal of Court Appointed Public Defender, for Cause; Demand for Response to the Inherent and Inalienable Birth Rights of Respondent Domiciled on Foreign Soil, et al; Motion for Summary Judgment to Dismiss for Want to Jurisdiction" ("Oliver's April 11 filing"). Oliver's April 11 filing sought dismissal of his court-appointed counsel and argued, among other

things, that the court lacks jurisdiction over Oliver because he is a Hawaiian National and/or Hawaii is not a state of the United States. Oliver's April 11 filing was signed by Oliver as well as Aran Alton Ardaiz ("Ardaiz"), who purports to be the Attorney General of "Ko Hawaii Pae Aina, H.I." In an April 13, 2012 Order, the court rejected Oliver's jurisdictional argument as frivolous. As a result of Oliver's arguments in the April 11 filing (as well Oliver's disavowal of bail conditions), the United States filed and the court granted a Motion to Revoke Pretrial Release. Doc. Nos. 114, 115. In an April 25, 2012 subsequent status conference, Oliver asserted that he wished to keep his court-appointed counsel and withdraw his April 11 filing. *See* Doc. No. 127. On May 4, 2012, Oliver pled guilty to Counts 1 and 18 of the Superseding Indictment. Doc. No. 129.

Currently before the court is a May 11, 2012 filing Titled "Habeas Corpus Ad Faciendum et Recipiendum and Habeas Corpus Ad Subjiciendum," (the "May 11 filing"), which is signed by Ardaiz alone. Similar to the April 11 filing, the May 11 filing argues that the court lacks jurisdiction over Oliver because he has a "citizen contract" with the "Ko Hawaii Pae Aina, H.I." government as opposed to the United States. The May 11 filing further argues that Oliver's guilty plea was the result of duress and intimidation, and that Oliver must be immediately released.

The May 11 filing is both improper and frivolous. Ardaiz is not an attorney, Ardaiz does not represent Oliver (Oliver did not even sign the May 11 filing as he did the April 11 filing), and Oliver has his own attorney. See Local Rule 83.2 ("Only a member of the bar of this court or any attorney otherwise authorized by these rules to practice before this court may enter an appearance for a party, sign stipulations or receive payment or enter satisfaction of judgment, decree or order."); Local Rule 83.5 (stating that any person who "pretends to be entitled to" exercise the privileges of an attorney "may be found guilty of contempt of court and suffer appropriate punishment thereof"). Further, the court has already rejected the May 11 filing's argument that the court lacks jurisdiction over Oliver -- as explained in the April 12 Order, Oliver cannot evade this court's jurisdiction by arguing allegiance and/or citizenship as a "Hawaiian National" as opposed to the United States. Finally, as found at the May 4, 2012 hearing on Oliver's Motion for Withdrawal of Not Guild Plea and to Plead Anew, the court found that Oliver's guilty plea was knowing and voluntary. The court therefore STRIKES the May 11 filing.

Because Ardaiz is not an attorney and may not represent Oliver, the

court further DIRECTS the Clerk's Office to reject or return without filing any future filings submitted by Ardaiz alone in relation to this criminal matter.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 14, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*United States v. John D. Oliver*, Civ. No. 11-00503-02 JMS; Order (1) Striking "Habeas Corpus Ad Faciendum et Recipiendum and Habeas Corpus Ad Subjiciendum" Filed by Aran Alton Ardais; and (2) Directing the Clerk's Office to Reject or Return Without Filing Any Future Papers Submitted by Aran Alton Ardaiz